**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 16-2110**

———————————————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

EUGENE MILFORD,

        Defendant - Appellant.

———————————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard M. Gergel, District Judge.  (2:15-cv-02009-RMG)

———————————————

Submitted:  January 27, 2017      Decided:  February 7, 2017

———————————————

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Eugene Milford, Appellant Pro Se. Robert Frank Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Milford appeals the district court's order granting the Government's motion for attorney's fees.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Milford</u>, No. 2:15-cv-02009-RMG (D.S.C. Sept. 19, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>